**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SmileDirectClub LLC, | No. MC-21-00021-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| Align Technology Incorporated, | |
| Respondent. | |

Petitioner SmileDirectClub LLC ("SDC") currently is a defendant in a nationwide class action lawsuit pending in the United States District Court for the Middle District of Tennessee, *Ciccio v. SmileDirectClub, LLC, et al.*, Case No. 3:19-845.  As part of that litigation, SDC served a subpoena duces tecum on Respondent Align Technology Incorporated ("Align"), who is not a party to the Tennessee case.  SDC's subpoena seeks production of fifteen categories of documents.  Align objected to the subpoena and refused to produce any documents. Consequently, on April 15, 2021, SDC filed a motion with this Court seeking enforcement of its subpoena.  (Doc. 1.)  SDC filed its motion here because Align is headquartered in Tempe, Arizona.  In response, Align both argues the merits of the subpoena and asks that the Court transfer this matter to the Middle District of Tennessee so that the court overseeing the underlying lawsuit can determine whether the subpoena seeks relevant and proportional information. (Doc. 8.)  In reply, SDC "takes no position regarding [Align's] Motion to Transfer[.]"  (Doc. 13.)

Federal Rule of Civil Procedure 45(f) allows the Court to "transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Here, the entity subject to the subpoena—Align—not only consents to such a transfer but has affirmatively requested it. The Court therefore may transfer the motion, and in its discretion finds such a transfer warranted. Indeed, the issuing court overseeing the underlying litigation is in a superior position to assess the relevance and proportionality of SDC's subpoena. Accordingly,

**IT IS ORDERED** that Align's motion to transfer (Doc. 8) is **GRANTED**. This matter is hereby transferred to the United States District Court for the Middle District of Tennessee.

Dated this 1st day of June, 2021.

Douglas L. Rayes
United States District Judge